JOHN H. RANGER, Respondent, *v.* CHARLES E. LOCKE,
    Appellant, Impleaded with Others.

Reported below, 158 App. Div. 932.
(Submitted January 19, 1914; decided January 27, 1914.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered October 24, 1913, affirming a
judgment in favor of plaintiff entered upon a decision of
the court on trial at Special Term in an action to fore-
close a lien upon chattels.

The motion was made upon the ground that the appeal
was taken from the order of affirmance, which was not
appealable to the Court of Appeals, and not from the
judgment of affirmance which alone was appealable.

Motion to dismiss appeal denied; motion to amend
notice of appeal granted, without costs to either party.